FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 8 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 02558 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

RALPH MILLS,
JULIA THEUS, and
DONNA EMBRY,

    Plaintiffs,

v.

CHIEF OF POLICE GERALD WITTMAN,
OFFICER #1,
OFFICER #2,
OFFICER #3, and
OFFICER #4,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

Plaintiffs have submitted a Complaint and Plaintiff Ralph Mills has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers that Plaintiffs file in response to this order must include the civil action number on this order.

**Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)    xx    is not submitted (each Plaintiff must submit an individual motion)

(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by plaintiff/petitioner/applicant on motion
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ is missing original signature by plaintiff/petitioner/applicant on affidavit
(7) ___ affidavit is not notarized or is not properly notarized
(8) ___ names in caption do not match names in caption of complaint, petition or application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) ___ other _____

**Complaint or Petition:**
(11) ___ is not submitted
(12) ___ is not on proper form (must use the court's current form)
(13) xx is missing an original signature by each plaintiff
(14) xx is incomplete (page 6 of the complaint form is missing)
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) xx other: Plaintiffs must provide a complete address for each party.

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to each Plaintiff, together with a copy of this order, two copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that any Plaintiff who fails to cure the designated deficiencies **within thirty (30) days from the date of this order** will be dismissed as a

2

party to this action without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 5th day of December, 2008.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 02658

Ralph Mills
3636 W. Colfax
Denver, CO 80204

Julia Theus
3636 W. Colfax
Denver, CO 80204

Donna Embry
3636 W. Colfax
Denver, CO 80204

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to each of the above-named individuals on 12/8/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk