IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02658-BNB

RALPH MILLS,
JULIA THEUS, and
DONNA EMBRY,

    Plaintiffs,

v.

CHIEF OF POLICE GERLOD WITTMAN,
OFFICER #1,
OFFICER #2,
OFFICER #3, and
OFFICER #4,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 8 2008

GREGORY C. LANGHAM
              CLERK

---

ORDER DIRECTING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT

---

Plaintiffs initiated this action by filing *pro se* a complaint. On December 16, 2008, Plaintiffs filed an amended complaint. Plaintiffs also have filed individual motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motions will be granted.

The court must construe the amended complaint liberally because Plaintiffs are not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for *pro se* litigants. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Plaintiffs will be ordered to file a second amended complaint in order to clarify their claims.

The court has reviewed the amended complaint and has determined that the amended complaint is deficient because it does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Plaintiffs fail to provide a short and plain statement of their claims showing that they are entitled to relief in this action. Although Plaintiffs apparently contend that their rights under the United States Constitution have been violated, they fail to specify which of their constitutional rights have been violated and they fail to allege specific facts to demonstrate how the named Defendants allegedly have violated their constitutional

2

rights. Plaintiffs are advised that, in order to state a claim in federal court, their second amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Therefore, Plaintiffs will be ordered to file a second amended complaint. Accordingly, it is

ORDERED that the motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 are granted. It is

FURTHER ORDERED that Plaintiffs file, **within thirty (30) days from the date of this order**, a second amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiffs, together with a copy of this order, two copies of the following form: Complaint. It is

FURTHER ORDERED that, if Plaintiffs fail within the time allowed to file a second amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED December 18, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02658-BNB

Ralph Mills
3636 W. Colfax
Denver, CO 80204

Julia Theus
3636 W. Colfax
Denver, CO 80204

Donna Embry
3636 W. Colfax
Denver, CO 80204

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint form** to each of the above-named individuals on 12/18/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk